1  **Marshall Meyers (020584)**
2  **WEISBERG & MEYERS, LLC**
   **5025 North Central Ave., #602**
3  **Phoenix, AZ 85012**
   **602 445 9819**
4  **866 565 1327 facsimile**
5  **mmeyers@AttorneysForConsumers.com**
   **Attorney for Plaintiff**
6

7

8              **UNITED STATES DISTRICT COURT**

9              **FOR THE DISTRICT OF ARIZONA**

10

11 **PENNY GOODMAN**,                    ) Case No.
12                                        )
13 Plaintiff,                            ) **COMPLAINT**
                                          )
14      vs.                               )
                                          )
15 **RESURGENT  CAPITAL  SERVICES,**)
16 **LP,**                                )
                                          )
17 Defendant.                            )

18                      **I.  INTRODUCTION**

19     1.    This is an action for damages brought by an individual consumer for

20 Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et*

21
22 *seq*. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive,

23 deceptive, and unfair practices. Plaintiff further alleges a claim for invasion of privacy

24 ancillary to Defendant's collection efforts.

25
                        **II.  JURISDICTION**
26

27     2.   Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d).

28

### III.  PARTIES

3.  Plaintiff, Penny Goodman, is a natural person residing in Yavapai County.

4.  Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5.  Defendant, Resurgent Capital Services, LP., is a corporation engaged in the business of collecting debts by use of the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another.

6.  Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6) trying to collect a "debt" as defined by 15 U.S.C. §1692(a)(5).

### IV.  FACTUAL ALLEGATIONS

7.  At various and multiple times prior to the filing of the instant complaint, including within the one hundred twenty days preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt. Defendant's conduct violated the FDCPA in multiple ways, including but not limited to: Continuing attempts to collect a debt from Plaintiff after having received a Cease and Desist letter from Plaintiff (§ 1692c(c)).

8.    Defendant's aforementioned violations of the FDCPA also constitute an invasion of Plaintiff's right to privacy, causing injury to Plaintiff's feelings, mental anguish and distress.

9.    Defendant's aforementioned violations of the FDCPA also constitute an intentional intrusion into Plaintiff's private places and into private matters of Plaintiff's life, conducted in a manner highly offensive to a reasonable person.  With respect to

1

2

3

these activities of Defendant, Plaintiff had a subjective expectation of privacy that was objectively reasonable under the circumstances.

### COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

4

5

6

10.    Plaintiff reincorporates by reference all of the preceding paragraphs.

7

### PRAYER FOR RELIEF

8

9

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the

10

Defendant for the following:

11

12

A.    Declaratory judgment that Defendant's conduct

violated the FDCPA;

13

14

B.    Actual damages;

15

C.    Statutory damages;

16

D.    Costs and reasonable attorney's fees; and,

17

E.    For such other and further relief as may be just and proper.

18

### COUNT II: COMMON LAW INVASION OF PRIVACY BY INTRUSION

19

11.    Plaintiff reincorporates by reference all of the preceding paragraphs.

20

21

### PRAYER FOR RELIEF

22

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the

23

Defendant for the following:

24

25

A.    Actual damages

26

B.    Punitive Damages; and,

C.    For such other and further relief as may be just and proper.

27

28

1

2

3

## **PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

Respectfully submitted this 1st day of July, 2008

By: s/ Marshall Meyers
      Marshall Meyers (020584)
      WEISBERG & MEYERS, LLC
      5025 North Central Ave., #602
      Phoenix, AZ 85012
      602 445 9819
      866 565 1327 facsimile
      mmeyers@AttorneysForConsumers.com
      Attorney for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28